**Barry MALLEK, Plaintiff–Appellant,**

v.

**ALLSTATE LIFE INSURANCE COMPANY, Defendant–Appellee,**

and

**Alice Mallek, Third Party, Defendant–Appellee.**

No. 14–2421.

United States Court of Appeals, Fourth Circuit.

Submitted: April 30, 2015.

Decided: May 19, 2015.

Barry Mallek, Appellant Pro Se. Jeffrey Phillips Macharg, Heather C. White, Smith Moore Leatherwood LLP, Charlotte, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry Mallek appeals the district court's final order and judgment in this diversity action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mallek v. Allstate Life Ins. Co.*, No. 5:11–cv–00031–RLV–DCK, 2014 WL 220857 (W.D.N.C. Dec. 17, 2014; Jan. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*